## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| | : BANKRUPTCY NO. 24-13093pmm |
| Debtor. | : |
| | : |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | : |
| | : |
| | : |
| Plaintiff, | : ADV. PRO. NO. 25-00119 pmm |
| v. | : |
| | : |
| ALAN CHRISTOPHER REDMOND, | : |
| | : |
| Defendant. | : |
| | : |

## CERTIFICATION OF SERVICE

I, Albert A. Ciardi, III, certify that on March 26, 2025, I did cause a true and correct copy

of *ALAN CHRISTOPHER REDMOND'S ANSWER TO THE COMPLAINT TO*

*DETERMINE DISCHARGEABILITY OF DEBTS FILED BY THE UNITED STATES*

*SMALL BUSINESS ADMINISTRATION*, to be served on the parties listed on the Mailing List,

a copy of which is attached and incorporated as if fully set forth herein, by the means indicated,

and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. **Alan Christopher Redmond's Answer to The Complaint to Determine Dischargeability Of Debts Filed By The United States Small Business Administration**

I certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

By:  */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III

## Mailing List

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| US-SBA<br>c/o Anthony St. Joseph, Esquire<br>US Attorney Office<br>615 Chestnut Street, Ste 1250<br>Philadelphia, PA  19106 | Counsel to the SBA | Via CM/ECF and U.S. First Class Mail |
| Kacie Cartwright, Esquire<br>John Henry Schanne, Esquire<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA  19107 | Office of the<br>United States Trustee | Via CM/ECF and U.S. First Class Mail |