## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| | : BANKRUPTCY NO. 24-13093pmm |
| Debtor. | : |
| | : |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | : |
| | : |
| Plaintiff, | : ADV. PRO. NO. 25-00119 pmm |
| v. | : |
| | : |
| ALAN CHRISTOPHER REDMOND, | : |
| | : |
| Defendant. | : |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned attorney hereby appears on behalf of **Debtor/Defendant, Alan Christopher Redmond** in the above-captioned adversary proceeding case, requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following individual at the following address

**Ciardi Ciardi & Astin**
**Nicole M. Nigrelli, Esquire**
**1905 Spruce Street**
**Philadelphia, PA 19103**
**T (215) 557-3550**
**F (215) 557-3551**
**nnigrelli@ciardilaw.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to above, but also, without limitation, all orders, notices, pleadings complaints, notices of hearing, applications, motions, requests or demands whether formal or informal or oral or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy of otherwise which affect or seek to affect in any way any rights of the Debtor.

**CIARDI CIARDI & ASTIN**

Date: March 31, 2025

*/s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire