UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| | : BANKRUPTCY NO. 24-13093pmm |
| Debtor. | : |
| | : |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | : |
| | : |
| | : |
| Plaintiff, | : ADV. PRO. NO. 25-00119 pmm |
| v. | : |
| | : |
| ALAN CHRISTOPHER REDMOND, | : |
| | : |
| Defendant. | : |
| | : |

## JOINT STATEMENT REGARDING COURT-ANNEXED MEDIATION

Alan Christopher Redmond (the "Defendant"), by and through his counsel, Ciardi Ciardi & Astin, and the United States of America, on behalf of its agency, the U.S. Small Business Administration (the "Plaintiff"), have conferred and submit this Joint Statement Regarding Court-Annexed Mediation with respect to the above-captioned adversary proceeding (the "Adversary Proceeding").

The parties to the Adversary Proceeding have declined to participate in the court-annexed mediation program.

Respectfully submitted,

CIARDI, CIARDI & ASTIN

DAVID METCALF
United States Attorney

*/s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
*Counsel for Debtor/Defendant*

*/s/ Anthony St. Joseph*
Anthony St. Joseph
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Counsel for SBA/Plaintiff*