**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093pmm** |
| **Debtor.** | : |
| | : |
| **UNITED STATES SMALL BUSINESS** | : |
| **ADMINISTRATION,** | : |
| | : |
| **Plaintiff,** | : **ADV. PRO. NO. 25-00119 pmm** |
| **v.** | : |
| | : |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| **Defendant.** | : |

**JOINT REPORT OF RULE 26(f) MEETING AND PROPOSED DISCOVERY PLAN**

In accordance with Federal Rule of Civil Procedure 26(f), made applicable to this proceeding through Federal Rule of Bankruptcy Procedure 7026, counsel for the parties, Alan Christopher Redmond (the "Debtor" or "Defendant"), by and through his counsel, Ciardi Ciardi & Astin, and the United States of America, on behalf of its agency, the U.S. Small Business Administration (the "Plaintiff"), have conferred on April 15, 2025, and submit this Joint Report.

This adversary matter will likely turn on the debtor/defendant's records. The Parties continue to confer about that information. Consequently, the Parties ask this Court to stay the current pretrial order entered by the Court on March 28, 2025 and suspend all deadlines including the deadline to conclude all discovery by May 20, 2025. The Parties propose to submit an oral status report on this adversary to the Court to coincide with the hearing on the Debtor's

disclosure statement, or if the hearing does not go forward, to submit a proposed scheduling

order by June 26, 2025.

                                        Respectfully submitted,

CIARDI, CIARDI & ASTIN                  DAVID METCALF
                                        United States Attorney


/s/ Nicole M. Nigrelli                  /s/ Anthony St. Joseph
Nicole M. Nigrelli, Esq.                Anthony St. Joseph
Ciardi Ciardi & Astin                   Assistant United States Attorney
1905 Spruce Street                      615 Chestnut Street, Suite 1250
Philadelphia, PA 19103                  Philadelphia, PA 19106
*Counsel for Debtor/Defendant*          *Counsel for SBA/Plaintiff*