**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093pmm** |
| **Debtor.** | : |
| | : |
| | : |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION,** | : |
| | : |
| | : |
| **Plaintiff,** | : **ADV. PRO. NO. 25-00119 pmm** |
| **v.** | : |
| | : |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| **Defendant.** | : |
| | : |

### ORDER

AND NOW, this ‾17th‾ day of ‾April‾, 2025, upon consideration of the

Joint Report submitted by Alan Christopher Redmond and creditor, U.S. Small Business

Administration (SBA), it is hereby **ORDERED** that all deadlines established in the Court's

March 28, 2025 Pretrial Order are **STAYED**. The SBA shall file a status report with Chambers

on or before June 26, 2025.

BY THE COURT:

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

Dated: ‾April 17, 2025‾, 2025