United States Bankruptcy Court

Eastern District of Pennsylvania

United States Small Business Administrat,

    Plaintiff

Adv. Proc. No. 25-00119-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Apr 18 2025 02:27:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2025 02:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: james.gannone@usdoj.gov | Apr 18 2025 02:27:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 18 2025 02:28:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

**Name**    **Email Address**

District/off: 0313-4                                    User: admin                                              Page 2 of 2

Date Rcvd: Apr 17, 2025                                 Form ID: pdf900                                          Total Noticed: 4

ANTHONY ST. JOSEPH
                          on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov
                          Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III
                          on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
                          on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com


TOTAL: 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **:** |
| | **: CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | **:** |
| | **: BANKRUPTCY NO. 24-13093pmm** |
| **Debtor.** | **:** |
| | **:** |
| | **:** |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION,** | **:** |
| | **:** |
| | **:** |
| **Plaintiff,** | **: ADV. PRO. NO. 25-00119 pmm** |
| **v.** | **:** |
| | **:** |
| **ALAN CHRISTOPHER REDMOND,** | **:** |
| | **:** |
| **Defendant.** | **:** |
| | **:** |

## <u>ORDER</u>

AND NOW, this <u>17th</u> day of <u>April</u>, 2025, upon consideration of the

Joint Report submitted by Alan Christopher Redmond and creditor, U.S. Small Business

Administration (SBA), it is hereby **ORDERED** that all deadlines established in the Court's

March 28, 2025 Pretrial Order are **STAYED**. The SBA shall file a status report with Chambers

on or before June 26, 2025.

BY THE COURT:

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

Dated: <u>April 17, 2025</u>, 2025