| IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | | |
|---|---|---|
| *In re*: <br><br> Alan Christopher Redmond, <br><br> Debtor | : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Bankruptcy No. 24-13093(PMM) |
| Jason Scott Jordan, <br><br> Plaintiff, <br><br> v. <br><br> Alan Christopher Redmond, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary No. 24-0145(PMM) |
| United States Small Business Administration, <br><br> Plaintiff, <br><br> v. <br><br> Aland Christopher Redmond, <br><br> Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary No. 25-00119(PMM) |

## MOTION OF CIARDI CIARDI & ASTIN TO WITHDRAW AS COUNSEL FOR DEBTOR AND REQUEST FOR ALL DEADLINES TO BE STAYED FOR SIXTY (60) DAYS

Ciardi Ciardi & Astin ("Ciardi") hereby moves for entry of an order authorizing the withdrawal of Ciardi as counsel for Alan Christopher Redmond (herein, the "Debtor") in the main bankruptcy case and the two (2) adversary proceedings and additionaly request that all deadlines be stayed for sixty (60) days to permit the Debtor time to obtain subsequent counsel (the "Motion"). In support thereof, Ciardi states as follows:

1.      On September 3, 2024 (the "Petition Date"), Jason Scott Jordan, Cornerstone Law Group, LLC and Ethan Shalter (the "Petitioning Creditors") filed an involuntary petition against Alan Christopher Redmond (the "Debtor").

2.      On October 3, 2024, an order for relief was entered under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").  The Debtor remains in possession of his property and continues to operate his business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      No trustee or examiner has been appointed in this Chapter 11 case.  No creditors' committee has been appointed in this case.

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      On or about October 1, 2024, an Order was entered employing Ciardi was as Chapter 11 counsel for the Debtor. *See* D.N. 89.

6.      On December 6, 2024, Jason Scott Jordan ("Jordan") filed an adversary proceeding against the Debtor seeking a determination that his claims are non-dischargeable pursuant to 11 U.S.C. § 523(a)(2), *et. al.* (the "Jordan Adversary").

7.      On February 19, 2025, the United States Small Business Administration (the "SBA") filed an adversary proceeding against the Debtor seeking a determination that their claims are also non-dischargeable pursuant to 11 U.S.C. § 523(a)(2), *et. al.* (the "SBA Adversary").

8.      On or about May 30, 2025, Ciardi filed its first Interim application for payment of fees and/or expenses (the "First Interim Fee Application").  *See* D.N. 374.

9.      Ciardi is owed a total of $272,393.00 on the First Interim Fee Application.

10. The Debtor has indicated that he is not able to make payment to Ciardi and will not be able to do so in the future.

11. Pursuant to L.R. 2091-1, Ciardi requests authority to withdraw as counsel for the Debtor in the main case, the Jordan Adversary and the SBA Adversary.

12. Furthermore, Ciardi has provided notice to the Debtor with regard to this Motion and with the instruction that he must obtain new counsel in each of the matters.

13. Ciardi also requests that all deadlines in the main case, the Jordan Adversary and the SBA Adversary be stayed for sixty (60) days to permit the Debtor to obtain new counsel.

## NOTICE

14. Notice of this Motion has been given to (a) Debtor; (b) the Office of the United States Trustee; (c) Counsel for Jason Scott Jordan; (d) Counsel for the SBA, (e) each party that has requested to receive notice pursuant to the Bankruptcy Rule 2002 and (f) all creditors. In light of the nature of the relief requested herein, Ciardi submits that no other or further notice is required.

15. No previous request for relief sought herein has been made to this Court or any other Court.

**WHEREFORE**, Ciardi Ciardi & Astin respectfully requests that this Honorable Court enter an order in the form attached hereto, removing Ciardi Ciardi & Astin, as counsel for Debtor.

Dated: <u>June 9, 2025</u>

**CIARDI CIARDI & ASTIN**

<u>/s/ Albert A. Ciardi, III</u>
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
Daniel S. Siedman, Esquire
1905 Spruce Street
Philadelphia, PA  19103
Tel: (215) 557-3550
**Attorneys for Debtor**

4