**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 11** |
| | : | |
| **Debtor.** | | **Bky. No. 24-13093 (PMM)** |
| | : | |
| **United States** | | |
| **Small Business Administration,** | : | |
| | : | |
| **Plaintiff.** | | **Adv. No. 25-0119 (PMM)** |
| | : | |
| **v.** | | |
| | | |
| **Alan Christopher Redmond,** | | |
| | : | |
| | : | |
| **Defendant.** | | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney (doc. #12, the "Motion");

It is hereby **ORDERED** that:

1)  The Motion is **granted**;

2)  Ciardi, Ciardi & Astin is removed as counsel for the Debtor; and

3)  The Adversary Proceeding is stayed until **August 8, 2025** to allow the Debtor to obtain new counsel;

Date:  __7/15/25__

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**