**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 11** |
| | **:** | |
| **Debtor.** | | **Bky. No. 24-13093 (PMM)** |
| | **:** | |
| **United States** | | |
| **Small Business Administration,** | **:** | |
| | **:** | |
| **Plaintiff.** | | **Adv. No. 25-0119 (PMM)** |
| | **:** | |
| **v.** | | |
| | | |
| **Alan Christopher Redmond,** | | |
| | **:** | |
| | **:** | |
| **Defendant.** | | |
| | **:** | |
| | **:** | |

## ORDER

**AND NOW**, upon consideration of the fact that a status report was not filed, <u>see</u> doc. #10;

AND upon further consideration that the Defendant having failed to retain new counsel, <u>see</u> doc. #16;

It is hereby **ORDERED** that a status hearing will be held on **Tuesday, September 23, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

**Date: 8/18/25**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**