**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In Re:<br>Alan Christopher Redmond | : <br> : <br> : <br> : | Bankruptcy Case No. 24- 13093<br>Chapter 11 |
| Debtor | : | |

_____

|  |  |  |
|---|---|---|
| United States Small Business Administration,<br>Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | Adv. No: 25-00119 [pmm] |
| Alan Christopher Redmond | : <br> : | |
| Defendant. | : | |

### JOINT STATEMENT ON MEDIATION

Plaintiff, United States Small Business Administration, (SBA) and defendant Alan Christopher Redmond, notify the Court that they do not consent to the Court-annexed mediation program.

Respectfully submitted,

/s/ Alan Christopher Redmond
ALAN CHRISTOPHER REDMOND
2 High Road
Wyomissing, PA 19610

*(Pro Se Debtor/Defendant)*

DAVID METCALF
United States Attorney

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106

*Counsel for the SBA*