**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093pmm** |
| **Debtor.** | : |
| | : |
| **UNITED STATES SMALL BUSINESS** | : |
| **ADMINISTRATION,** | : |
| | : |
| **Plaintiff,** | : **ADV. PRO. NO. 25-00119 pmm** |
| **v.** | : |
| | : |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| **Defendant.** | : |
| | : |

<u>**REPORT OF RULE 26(f) MEETING AND PROPOSED DISCOVERY PLAN**</u>

In accordance with Federal Rule of Civil Procedure 26(f), counsel for the United States

of America, on behalf of its agency, the U.S. Small Business Administration (the "Plaintiff"), has

communicated with Mr. Redmond on discovery in this matter via email on October 3, via

telephone on October 8, via email about mediation on October 9, email on October 13, via email

attempting to set a phone call on October 14, and a scheduled call on October 16 that did not

happen. SBA submitted a proposed revised schedule to defendant on October 16. Consequently,

SBA submits this Report pursuant to the Court's September 23, 2025 Order.

   I. **Discussion of Claims, Relevant Issues and Likely Motions**

      A. **Plaintiff's brief factual summation of the case and claims:**

Plaintiff United States of America, on behalf of its agency, the U.S. Small Business

Administration ("SBA"), pursuant to 11 U.S.C. §§ 523(a)(2) and (7), and Federal Rules of Bankruptcy Procedure 4007 and 7001(6), filed this Adversary Complaint seeking a determination that the debt owed to it by Defendant Alan Christopher Redmond is non-dischargeable. The factual basis for this action is the following:

Defendant/guarantor obtained—through BeneMarket, LLC — a COVID EIDL loan in November 2020 and obtained increases in 2021 and 2022. Defendant/Guarantor signed a consulting contract with Seguro Medico LLC, a business substantially similar to BeneMarket, LLC but owned by his spouse, in January 2020. It is unknown what happened to assets of BeneMarket LLC after operations ceased in 2022 or whether loan funds obtained from SBA were improperly used for Seguro Medico, LLC. SBA believes this matter remains resolvable through record production from the defendant.

### B. Plaintiff has Started Formal Discovery Process

Discovery served on the Defendant is currently due November 3, 2025.

## II. Proposed Revised Discovery Schedule

Creditor/SBA proposes modification to the discovery schedule as follows:

1) Discovery shall be completed by December 19, 2025;

2) All expert witnesses shall be identified, and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2), on or before **January 6, 2025**.
   a. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **January 6, 2025**.
   b. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before **January 8, 2025**.
   c. All motions to amend the pleadings, or for summary judgment, shall be filed **on or before January 8, 2025**. If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.

    d.  A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 on or before **February 5, 2026**.

3)  A mandatory final pretrial/settlement conference shall be held on **Wednesday, February 11, 2026 at 2:00 p.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

4)  If the adversary proceeding is not resolved prior to the conclusion of the final pretrial/settlement conference, the adversary proceeding shall be set down for trial at the Court's first available date.

5)  Each party may file, no later than five (5) days prior to the date of trial, a trial memorandum with service on the opposing part(y)(ies) and a courtesy copy delivered to Chambers. The trial may be continued only in exceptional circumstances on Motion and leave of Court.

6)  All trial exhibits shall be pre-marked and exchanged at least three (3) business days prior to the date of trial.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Anthony St. Joseph*
Anthony St. Joseph
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Counsel for SBA/Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date the foregoing Entry of Appearance was filed

electronically and is available for viewing and downloading from the ECF system.

Alan Christopher Redmond
2 High Road
Wyomissing, PA 19610
Alanredmond23@gmail.com

Dated:   <u>October 24, 2025</u>

<u>  /s/ Anthony St. Joseph            </u>
ANTHONY ST. JOSEPH