**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 24-13093 |
| Alan Christopher Redmond | : | Chapter 11 |
| | : | |
| Debtor | : | |

| | | |
|---|---|---|
| United States Small Business Administration, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No: 25-00119 [pmm] |
| | : | |
| Alan Christopher Redmond, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

AND NOW, this <u>12th</u> day of <u>January</u>, 2026, upon consideration of

Defendant's Motion for an Amended Scheduling Order, it is hereby ORDERED that the

motion is GRANTED. The Trial schedule is amended as follows:

1)  Debtor shall respond to Discovery by January 30, 2026;

2)  All expert witnesses shall be identified, and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2), on or before **February 6, 2026**.

a.   All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **February 13, 2026**.

b.   Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before **February 13, 2026**.

c.   All motions to amend the pleadings, or for summary judgment, shall be filed **on or before February 13, 2026**. If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.

d.   A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 on or before **March 6, 2026**.

3) A mandatory final pretrial/settlement conference shall be held on February 11, 2026 at 2:00 p.m. via Zoom at the following link:

https://www.zoomgov.com/j/1613090482?pwd=AJcg1QFgAbxrK9soGFfVnjbsgJWncY.1

Meeting ID: 161 309 0482

Passcode: 472989

4) If the adversary proceeding is not resolved prior to the conclusion of the final pretrial/settlement conference, the adversary proceeding shall be set down for trial at the Court's first available date.

5) Each party may file, no later than **five (5)** days prior to the date of trial, a trial memorandum with service on the opposing part(y)(ies) and a courtesy copy delivered to Chambers. The trial may be continued only in exceptional circumstances on Motion and leave of Court.

6) All trial exhibits shall be pre-marked and exchanged at least three (3) business days prior to the date of trial.

BY THE COURT:

Dated:____**January 12,**____, 2026

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

2