United States Bankruptcy Court

Eastern District of Pennsylvania

United States Small Business Administrat,

    Plaintiff

                                                              Adv. Proc. No. 25-00119-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| NONE | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 13 2026 00:29:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2026 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: james.gannone@usdoj.gov | Jan 13 2026 00:29:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 13 2026 00:29:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026                               Signature:         /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 12, 2026 | Form ID: pdf900 | Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| NICOLE MARIE NIGRELLI | on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 24-13093 |
| Alan Christopher Redmond | : | Chapter 11 |
| | : | |
| Debtor | : | |

| | | |
|---|---|---|
| United States Small Business | : | |
| Administration, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No: 25-00119 [pmm] |
| | : | |
| Alan Christopher Redmond, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, this <u>12th</u> day of <u>January</u>, 2026, upon consideration of

Defendant's Motion for an Amended Scheduling Order, it is hereby ORDERED that the

motion is GRANTED. The Trial schedule is amended as follows:

1) Debtor shall respond to Discovery by January 30, 2026;

2) All expert witnesses shall be identified, and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2), on or before **February 6, 2026**.

a. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **February 13, 2026**.

b. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court on or before **February 13, 2026**.

c. All motions to amend the pleadings, or for summary judgment, shall be filed **on or before February 13, 2026**. If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.

d. A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 on or before **March 6, 2026**.

3) A mandatory final pretrial/settlement conference shall be held on February 11, 2026 at 2:00 p.m. via Zoom at the following link:

https://www.zoomgov.com/j/1613090482?pwd=AJcg1QFgAbxrK9soGFfVnjbsgJWncY.1

Meeting ID: 161 309 0482

Passcode: 472989

4) If the adversary proceeding is not resolved prior to the conclusion of the final pretrial/settlement conference, the adversary proceeding shall be set down for trial at the Court's first available date.

5) Each party may file, no later than **five (5)** days prior to the date of trial, a trial memorandum with service on the opposing part(y)(ies) and a courtesy copy delivered to Chambers. The trial may be continued only in exceptional circumstances on Motion and leave of Court.

6) All trial exhibits shall be pre-marked and exchanged at least three (3) business days prior to the date of trial.

BY THE COURT:

Dated:＿＿**January 12,**＿＿, 2026

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

2