**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 11** |
| | : | |
| **Debtor.** | | **Bky. No. 24-13093 (PMM)** |
| | : | |
| **United States** | | |
| **Small Business Administration,** | : | |
| | : | |
| **Plaintiff.** | | **Adv. No. 25-0119 (PMM)** |
| | : | |
| **v.** | | |
| | | |
| **Alan Christopher Redmond,** | | |
| | : | |
| | : | |
| **Defendant.** | | |
| | : | |
| | : | |

## <u>ORDER</u>

   **AND NOW**, it is hereby **ORDERED** that the pretrial hearing in this matter, <u>see</u> doc. #28, will be held on **Tuesday, March 17, 2026 at 11:00 a.m.** via Zoom teleconference:

https://www.zoomgov.com/j/1604457928?pwd=HQTn4QQaQju9Wv9BjWJGnYMGbvIMsT.1

Meeting ID: 160 445 7928
Passcode: 952332

**Date:  2/4/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**