**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 24-13093 |
| Alan Christopher Redmond | : | Chapter 11 |
| | : | |
| Debtor | : | |

| | | |
|---|---|---|
| United States Small Business Administration, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No: 25-00119 [pmm] |
| | : | |
| Alan Christopher Redmond, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, this 23rd day of February, 2026, upon consideration of Defendant's

Motion to Stay Proceedings, it is ORDERED that the motion is GRANTED.

The adversary proceeding is stayed.

BY THE COURT:

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

Dated: February 23 , 2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 24-13093 |
| Alan Christopher Redmond | : | Chapter 11 |
| | : | |
| Debtor | : | |

| | | |
|---|---|---|
| United States Small Business Administration, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. No: 25-00119 [pmm] |
| v. | : | |
| | : | |
| Alan Christopher Redmond, | : | |
| | : | |
| Defendant. | : | |

**<u>MOTION TO Stay</u>**

Defendants respectfully move this Honorable Court to stay this adversary proceeding. The basis for this motion is set forth below:

Plaintiff, United States Small Business Administration (SBA) filed an adversary complaint on February 19, 2025, asking the Court to determine that the debt owed to Plaintiff is not dischargeable. The docket for Debtor's underlying bankruptcy is voluminous and reflects the complicated nature of the underlying, involuntary bankruptcy. Issues related to the underlying case have impacted the progress of this adversary proceeding, including the conversion of the primary case to a Chapter 7.

The primary bankruptcy is scheduled for a hearing that may result in its dismissal on February 17, 2026. All motions in this adversary are due February 13, 2026. If the primary bankruptcy is dismissed this adversary will become moot and SBA is likely to be dismissed. Consequently, the SBA requests this case be stayed pending determination of whether the Chapter 7 case will proceed.

Respectfully submitted,

DAVID METCALF
United States Attorney

Dated: February 13, 2026

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorneys
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106

*Counsel for United States Small Business*
*Administration*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing Motion for Amended Scheduling

Order was filed electronically and is available for viewing and downloading from the

ECF system.

Alan Christopher Redmond
2 High Road
Wyomissing, PA 19610
Alanredmond23@gmail.com


/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney