United States Bankruptcy Court

Eastern District of Pennsylvania

United States Small Business Administrat,

    Plaintiff

Adv. Proc. No. 25-00119-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: james.gannone@usdoj.gov | Feb 24 2026 00:20:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 24 2026 00:20:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4                                    User: admin                                                      Page 2 of 2
Date Rcvd: Feb 23, 2026                                 Form ID: pdf900                                            Total Noticed: 2

NICOLE MARIE NIGRELLI
                on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 24-13093 |
| Alan Christopher Redmond | : | Chapter 11 |
| | : | |
| Debtor | : | |

| | | |
|---|---|---|
| United States Small Business | : | |
| Administration, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No: 25-00119 [pmm] |
| | : | |
| Alan Christopher Redmond, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

AND NOW, this 23rd day of February, 2026, upon consideration of Defendant's

Motion to Stay Proceedings, it is ORDERED that the motion is GRANTED.

The adversary proceeding is stayed.

BY THE COURT:

Dated: ___February 23___, 2026

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 24-13093 |
| Alan Christopher Redmond | : | Chapter 11 |
| | : | |
| Debtor | : | |

---

| | | |
|---|---|---|
| United States Small Business | : | |
| Administration, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. No: 25-00119 [pmm] |
| v. | : | |
| | : | |
| Alan Christopher Redmond, | : | |
| | : | |
| Defendant. | : | |

### MOTION TO Stay

Defendants respectfully move this Honorable Court to stay this adversary proceeding. The basis for this motion is set forth below:

Plaintiff, United States Small Business Administration (SBA) filed an adversary complaint on February 19, 2025, asking the Court to determine that the debt owed to Plaintiff is not dischargeable. The docket for Debtor's underlying bankruptcy is voluminous and reflects the complicated nature of the underlying, involuntary bankruptcy. Issues related to the underlying case have impacted the progress of this adversary proceeding, including the conversion of the primary case to a Chapter 7.

The primary bankruptcy is scheduled for a hearing that may result in its dismissal on February 17, 2026. All motions in this adversary are due February 13, 2026. If the primary bankruptcy is dismissed this adversary will become moot and SBA is likely to be dismissed. Consequently, the SBA requests this case be stayed pending determination of whether the Chapter 7 case will proceed.

Respectfully submitted,

DAVID METCALF
United States Attorney

Dated: February 13, 2026

/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorneys
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106

*Counsel for United States Small Business
Administration*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing Motion for Amended Scheduling

Order was filed electronically and is available for viewing and downloading from the

ECF system.

Alan Christopher Redmond
2 High Road
Wyomissing, PA 19610
Alanredmond23@gmail.com


/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney