## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**Alan Christopher Redmond,**                                **Chapter 11**

                                    :

        **Debtor.**                                **Bky. No. 24-13093 (PMM)**

                                      :

**United States**
**Small Business Administration,**              :

                                     :

        **Plaintiff.**                                **Adv. No. 25-0119 (PMM)**

                                     :

        **v.**

**Alan Christopher Redmond,**

                                     :

                                     :

        **Defendant.**

                                     :

                                     :

## <u>ORDER</u>

    **AND NOW**, it is hereby **ORDERED** that a status hearing in this matter will be held on **Tuesday, March 31, 2026 at 11:00 a.m.** via Zoom teleconference:

https://www.zoomgov.com/j/1604881149?pwd=QoEmSisbvkOTeN1dbDUctjMvGUuiIT.1

Meeting ID: 160 488 1149
Passcode: 703226

**Date:  3/16/26**

                                     _____
                                     **PATRICIA M. MAYER**
                                     **U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610