United States Bankruptcy Court

Eastern District of Pennsylvania

United States Small Business Administrat,

   Plaintiff

Adv. Proc. No. 25-00119-pmm

Redmond,

   Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: james.gannone@usdoj.gov | Mar 18 2026 01:52:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 18 2026 01:52:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4                                  User: admin                                       Page 2 of 2
Date Rcvd: Mar 17, 2026                              Form ID: pdf900                                 Total Noticed: 2

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Alan Christopher Redmond,**                    **Chapter 11**

                             :

            **Debtor.**                    **Bky. No. 24-13093 (PMM)**

_____:

**United States**
**Small Business Administration,**          :

                             :

            **Plaintiff.**                    **Adv. No. 25-0119 (PMM)**

                             :

             **v.**

**Alan Christopher Redmond,**

                             :

                             :

            **Defendant.**                    :

                             :

_____:

## <u>ORDER</u>

      **AND NOW**, it is hereby **ORDERED** that a status hearing in this matter
will be held on **Tuesday, March 31, 2026 at 11:00 a.m.** via Zoom teleconference:

https://www.zoomgov.com/j/1604881149?pwd=QoEmSisbvkOTeN1dbDUctjMvGUuiIT.1

Meeting ID: 160 488 1149
Passcode: 703226


**Date:   3/16/26**
                        _____
                        **PATRICIA M. MAYER**
                        **U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610