**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**Alan Christopher Redmond,**                                   **Chapter 11**

:

**Debtor.**                                   **Bky. No. 24-13093 (PMM)**

:

**United States**
**Small Business Administration,**       :

:

**Plaintiff.**                                   **Adv. No. 25-0119 (PMM)**

:

**v.**

**Alan Christopher Redmond,**

:

:

**Defendant.**

:

:

**ORDER**

   **AND NOW**, it is hereby **ORDERED** that a status hearing in this matter
will be held on **Tuesday, April 14, 2026 at 11:00 a.m.** via Zoom teleconference:

https://www.zoomgov.com/j/1603938077?pwd=l4LFBStkdlSKPNsVpxXwokLHkLv05q.1

Meeting ID: 160 393 8077
Passcode: 332362

**Date:  3/30/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610