**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |
| | : | |
| **United States** | | |
| **Small Business Administration,** | : | |
| | : | |
| **Plaintiff.** | : | **Adv. No. 25-0119 (PMM)** |
| | : | |
| **v.** | | |
| **Alan Christopher Redmond,** | | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the status hearing held and concluded on May 12, 2026, it is hereby **ORDERED** that:

1) The discovery deadline is **May 26, 2026**; and

2) The status hearing is continued to **Tuesday, June 23, 2026 at 11:00 a.m.** via Zoom teleconference:

https://www.zoomgov.com/j/1604457928?pwd=HQTn4QQaQju9Wv9BjWJGnYMGbvIMsT.1

Meeting ID: 160 445 7928
Passcode: 952332

**Date:  5/12/26**

_Patricia M. Mayer_

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610