IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>**ALAN CHRISTOPHER REDMOND,**<br>Debtor. | : | Bankruptcy No. 24-13093 (PMM)<br>Chapter 7 |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION,**<br>Plaintiff,<br>v.<br>**ALAN CHRISTOPHER REDMOND,**<br>Defendant. | : | Adversary No. 25-00119 (PMM)<br>Hon. Patricia M. Mayer |

**ORDER**

AND NOW, this _____ day of May, 2026, upon consideration of the Motion of Alan Christopher Redmond, Defendant, for Brief Extension of Discovery Deadline, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

The discovery deadline in Adversary Proceeding No. 25-00119 is extended to Monday, June 8, 2026, at 12:00 noon. No other deadlines set by the Court are modified by this Order.

BY THE COURT:

______________________________

Hon. Patricia M. Mayer
United States Bankruptcy Judge