IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>**ALAN CHRISTOPHER REDMOND,**<br>Debtor. | : | Bankruptcy No. 24-13093 (PMM)<br>Chapter 7 |
| **UNITED STATES SMALL BUSINESS ADMINISTRATION,**<br>Plaintiff,<br>v.<br>**ALAN CHRISTOPHER REDMOND,**<br>Defendant. | : | Adversary No. 25-00119 (PMM)<br>Hon. Patricia M. Mayer |

## CERTIFICATE OF SERVICE

I, Alan Christopher Redmond, hereby certify that on May 26, 2026, a true and correct copy of the foregoing Motion of Alan Christopher Redmond, Defendant, for Brief Extension of Discovery Deadline, together with the Proposed Order, was served upon the following parties by the method indicated:

| Recipient | Method | Address |
|---|---|---|
| Anthony St. Joseph, Esq.<br>Assistant United States Attorney<br>Counsel for Plaintiff U.S. Small Business Administration | Electronic Mail and U.S. First-Class Mail | United States Attorney's Office<br>Eastern District of Pennsylvania<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106 |
| Office of the United States Trustee<br>Regions 3 & 9 | U.S. First-Class Mail | Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |
| Lynn E. Feldman, Esq.<br>Chapter 7 Trustee<br>c/o Robert W. Seitzer, Esq. | U.S. First-Class Mail | Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA 19103 |

Respectfully submitted,

*/s/ Alan Christopher Redmond*

**Alan Christopher Redmond**
Defendant, Pro Se
alanredmond23@gmail.com

Dated: May 26, 2026