IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Bankruptcy No. 24-13093 (PMM) |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| **UNITED STATES SMALL BUSINESS** | : | Adversary No. 25-00119 (PMM) |
| **ADMINISTRATION,** | : | |
| Plaintiff, | : | Hon. Patricia M. Mayer |
| | : | |
| v. | : | |
| | : | |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

AND NOW, this 5th day of June, 2026, upon consideration of the Motion of Alan Christopher Redmond, Defendant, for Brief Extension of Discovery Deadline,

And Defendant having failed to serve the motion and proposed order on opposing counsel in accordance with Local Rule 9014-2;

And Defendant's pleading indicating that an Order allowing his former criminal counsel to withdraw was entered on March 23, 2026, over 9 weeks ago;

It is hereby **ORDERED** that the motion is **DENIED.** Discovery shall be provided to opposing counsel without further delay.

**Date: June 5, 2026**

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge