United States Bankruptcy Court

Eastern District of Pennsylvania

United States Small Business Administrat,

    Plaintiff

Adv. Proc. No. 25-00119-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | + James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 06 2026 00:24:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| NICOLE MARIE NIGRELLI | |

District/off: 0313-4                                          User: admin                                          Page 2 of 2

Date Rcvd: Jun 05, 2026                                  Form ID: pdf900                                  Total Noticed: 2

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com


TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE:** | : | Bankruptcy No. 24-13093 (PMM) |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| **UNITED STATES SMALL BUSINESS** | : | Adversary No. 25-00119 (PMM) |
| **ADMINISTRATION,** | : | |
| Plaintiff, | : | Hon. Patricia M. Mayer |
| | : | |
| v. | : | |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

AND NOW, this 5th day of June, 2026, upon consideration of the Motion of Alan Christopher Redmond, Defendant, for Brief Extension of Discovery Deadline,

And Defendant having failed to serve the motion and proposed order on opposing counsel in accordance with Local Rule 9014-2;

And Defendant's pleading indicating that an Order allowing his former criminal counsel to withdraw was entered on March 23, 2026, over 9 weeks ago;

It is hereby **ORDERED** that the motion is **DENIED.** Discovery shall be provided to opposing counsel without further delay.

**Date: June 5, 2026**

_____

Hon. Patricia M. Mayer
United States Bankruptcy Judge