# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy** |
| **ALAN CHRISTOPHER REDMOND** | : | **Case No. 24-13903-PMM** |
| Debtor | : | |
| | : | |
| **UNITED STATES SMALL** | : | **Adversary No. 25-00119-PMM** |
| **BUSINESS ADMINSTRATION** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | |
| Defendant. | : | |

TO THE CLERK OF COURT:

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter my appearance on behalf of the United States Small Business Administration (SBA), place my name on the distribution and service lists and forward to me copies of all notices, pleadings and any other pertinent documents filed or issued in this case.

Dated: June 22, 2026

/s Mark C. Priebe
MARK C. PRIEBE
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8412
Mark.priebe@usdoj.gov

**Certificate of Service**

I hereby certify that on this date, I caused a true and correct copy of the

foregoing Entry of Appearance, which has been electronically filed and is available

for viewing and downloading from the Court's ECF system, to be served upon all

parties of record.

Dated: June 22, 2026                    /s Mark C. Priebe
                                        MARK C. PRIEBE
                                        Assistant United States Attorney