**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |
| _____ | : | |
| **United States** | | |
| **Small Business Administration,** | : | |
| | : | |
| **Plaintiff.** | | **Adv. No. 25-0119 (PMM)** |
| | : | |
| **v.** | : | |
| | | |
| **Alan Christopher Redmond,** | | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

<u>**ORDER**</u>

**AND NOW**, upon consideration of the status hearing held and concluded on June 30, 2026, it is hereby **ORDERED** that:

1) All motions to amend the pleadings, or for summary judgment, shall be filed on or before **August 7, 2026**. If such a motion or motions is/are filed, the parties are not relieved of their obligation to comply with the terms of the balance of this Pretrial Order.

2) A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 on or before **October 6, 2026**;

3) A mandatory final pretrial/settlement conference shall be held on **Tuesday, October 27 2026 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601;

4) If the adversary proceeding is not resolved prior to the conclusion of the final pretrial/settlement conference, the adversary proceeding shall be set down for trial at the Court's first available date;

5) Each party may file, no later than five (5) days prior to the date of trial, a trial memorandum with service on the opposing part(y)(ies) and a courtesy copy delivered to Chambers.   The trial may be continued only in exceptional circumstances on Motion and leave of Court.

6. All trial exhibits shall be pre-marked and exchanged at least three (3) business days prior
to the date of trial.

**Date: 6/30/26**

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610