# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 24- 13093 |
| Alan Christopher Redmond | : | Chapter 11 |
| | : | |
| Debtor | : | |

_____

| | | |
|---|---|---|
| United States Small Business Administration, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No: 25-0119 |
| | : | |
| Alan Christopher Redmond | : | |
| | : | |
| Defendant. | : | |

UNITED STATES OF AMERICA'S
REQUEST FOR PRODUCTION OF DOCUMENTS
<u>ADDRESSED TO DEBTOR/PLAINTIFF</u>

TO:  Alan Christopher Redmond
2 High Road
Wyomissing, PA 19610
Alanredmond23@gmail.com

Please produce for copying any and all documents in your possession in

accordance with Rule 34, Federal Rules of Civil Procedure as made applicable to

adversary proceedings by Bankruptcy Rule 7034 as follows:

1.    Any and all documents related to the application for COIVD EIDL loan funds obtained from SBA in 2020 by BeneMarket LLC.?

2.    Any and all documents related to the COIVD EIDL loan funds obtained from SBA in 2021 by BeneMarket LLC.?

3.    Any and all documents related to the COIVD EIDL loan funds obtained from SBA in 2022 by BeneMarket LLC.?

4.    Bank statements from all banks or other financial institutions where the SBA Covid EIDL Loan disbursements were deposited.

5.    Bank statements from all banks or other financial institutions where the SBA Covid EIDL Loan disbursements were utilized.

6.    BeneMarket financial documents statements indicating where the SBA Covid EIDL Loan disbursements were utilized.

Said documents are to be produced for the purposes of copying and inspection at the office of the United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, PA  19106.

DAVID METCALF
United States Attorney

/s/ Anthony St. Joseph
ANTHONY ST. JOSEPH
Assistant United States Attorney

Dated: October 3, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2025, I served a true and correct copy of the foregoing Request for Production of Documents via email on Pro se Defendant/Debtor.


/s/ *Anthony St. Joseph*
Anthony St. Joseph
Assistant United States Attorney