# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 24- 13093 |
| Alan Christopher Redmond | : | Chapter 11 |
|  | : |  |
| Debtor | : |  |

_____

|  |  |  |
|---|---|---|
| United States Small Business Administration, | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | Adv. No:  25-0119 |
|  | : |  |
| Alan Christopher Redmond | : |  |
|  | : |  |
| Defendant. | : |  |

FIRST SET OF INTERROGATORIES
ADDRESSED TO DEFENDANT/DEBTOR

TO:      Alan Christopher Redmond
         2 High Road
         Wyomissing, PA 19610
         Alanredmond23@gmail.com

Defendant, the United States of America, on behalf of its agency, the U.S. Small Business Administration, propounds the following interrogatories to be answered by the debtor, under oath, pursuant to Bankruptcy Rule 7033, within 30 days of service.  These interrogatories are continuing, and the debtor is advised of her obligation to supplement his responses up to the time of trial.

1.      What is your full name, date of birth, Social Security number, address and telephone number?

2.      Were any COIVD EIDL loan funds obtained from SBA in 2020 by BeneMarket LLC used for any purpose other than allowed expenses of BeneMarket, LLC.?

3.   Were any COIVD EIDL loan funds obtained from SBA in 2021 by BeneMarket LLC used for any purpose other than allowed expenses of BeneMarket, LLC.?

4.   Were any COIVD EIDL loan funds obtained from SBA in 2022 by BeneMarket LLC used for any purpose other than allowed expenses of BeneMarket, LLC.?

DAVID METCALF
United States Attorney

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney

Dated: October 3, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, I served a true and correct copy of the

foregoing Interrogatories via email on Pro se Defendant/Debtor:


/s/ *Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney