# Exhibit 3

 **U.S. Small Business Administration**

**Rapid Finance Intake Application Details - Application #3311042037**

## General Information

| | |
|---:|---|
| **Application Number** | 3311042037 |
| **Application Created Date** | 07/16/2020 13:38 PM EDT |
| **IP Address** | 47.23.12.50, 47.23.12.50 |

## Disclosures - Eligibility Entity Certification

> Applicant is a business with not more than 500 employees.

Eligibility Question

1. ☑ Applicant is not engaged in any illegal activity (as defined by Federal guidelines).
2. ☑ No principal of the Applicant with a 50 percent or greater ownership interest is more than sixty (60) days delinquent on child support obligations.
3. ☑ Applicant does not present live performances of a prurient sexual nature or derive directly or indirectly more than de minimis gross revenue through the sale of products or services, or the presentation of any depictions or displays, of a prurient sexual nature.
4. ☑ Applicant does not derive more than one-third of gross annual revenue from legal gambling activities.
5. ☑ Applicant is not in the business of lobbying.
6. ☑ Applicant cannot be a state, local, or municipal government entity and cannot be a member of Congress.

## Business Information - General

| | |
|---:|---|
| **Legal Name** | BeneMarket LLC |
| **DBA** | Bene Market |
| **Organization Type** | Limited Liability Company |
| **Business TIN (EIN/SSN)** | XXXXX0613 |
| **Non-Profit?** | No |
| **Franchise?** | No |

## Business Information - Financial Information

> Yearly breakdowns can be found in the Financial Info panel.

| | |
|---:|---|
| **Gross Receipts/Sales** | $20,000,000.00 |
| **Cost of Goods Sold** | $15,000,000.00 |
| **Rental Properties Losses** | $0.00 |
| **Cost of Non-Profit Operation** | $0.00 |
| **Other Compensation Sources** | $0.00 |
| **Description of Other Compensation Sources** | -- |

## Business Information - Addresses - Primary Address

| | |
|---:|---|
| **Address** | 4 south 4th Street |
| **City** | Reading |
| **State** | PA |
| **County** | -- |
| **ZIP** | 19602 |

## Business Information - Addresses - Addtl. Information

| | |
|---:|---|
| **Business Phone** | +1 814-440-9068 |
| **Alternative Phone** | None |
| **Business Fax** | None |
| **Business Email** | alanredmond23@gmail.com |
| **Date Business Established** | 05/16/2016 |
| **Current Ownership Since** | 05/16/2016 |
| **Business Activity** | Health Services |
| **Detailed Business Activity** | -- |
| **# of Employees (as of Jan 31, 2020)** | 135 |

## Business Owners Information - Parent Entity

> This applicant is not owned by another business entity.

## Business Owners Information - Individual Owners

| # | Name | Title/Office | Ownership % | Mobile Phone | Email | SSN | Birth Date | Place Of Birth | US Citizen | Address | City | State | Zip |
|---|------|--------------|-------------|--------------|-------|-----|-----------|----------------|------------|---------|------|-------|-----|
| 1 | Alan Redmond | Owner | 100.00% | +1 814-440-9068 | alanredmond23@gmail.com | XXXXX5092 | 10/01/1982 | -- | Yes | 2005 Regency Drive | Reading | PA | 19610 |

## Additional Information - Criminal Questions

Eligibility Question

☐ In the past year, has the business or a listed owner been convicted of a felony committed during and in connection with a riot or civil disorder or other declared disaster, or ever been engaged in the production or distribution of any product or service that has been determined to be obscene by a court of competent jurisdiction?
☐ Is the applicant or any listed owner currently suspended or debarred from contracting with the Federal government or receiving Federal grants or loans?
☐ a. Are you presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction?
b. Within the last 5 years, for any felony, have you been convicted, plead guilty, plead nolo contendere, been placed on pretrial diversion, or been placed on any form of parole or probation (including probation before judgment)?

## Additional Information - Assistance Info

| | |
|---:|---|
| **Individual Name** | Brittany Nill |
| **Name of Company** | Impetus Management |
| **Fee Charged/Agreed Upon** | $0.00 |

☐ I would like to be considered for an advance of up to $10,000

| | |
|---|---|
| **Phone Number** | +1 631-944-3069 |
| **Full Address** | 70 main street |
| **Permission to Contact?** | Yes |

### Additional Information - Fund Submission Locale

| | |
|---|---|
| **Bank Name** | Branch Banking & Trust Company |
| **Routing Number** | 031309123 |
| **Account Number** | XXXXXXXXX4304 |

### Additional Information - Certification

On behalf of the individual owners identified in this application and for the business applying for the loan:

I/We authorize my/our insurance company, bank, financial institution, or other creditors to release to SBA all records and information necessary to process this application and for the SBA to obtain credit information about the individuals completing this application.

If my/our loan is approved, additional information may be required prior to loan closing. I/We will be advised in writing what information will be required to obtain my/our loan funds. I/we hereby authorize the SBA to verify my/our past and present employment information and salary history as needed to process and service a disaster loan.

I/We authorize SBA, as required by the Privacy Act, to release any information collected in connection with this application to Federal, state, local, tribal, or nonprofit organizations (e.g. Red Cross, Salvation Army, Mennonite Disaster Services, SBA Resource Partners) for the purpose of assisting me with my/our SBA application, evaluating eligibility for additional assistance, or notifying me of the availability of such assistance.

I/We will not exclude from participating in or deny the benefits of, or otherwise subject to discrimination under any program of activity for which I/we receive Federal financial assistance from SBA, any person on grounds of age, color, handicap, marital status, national origin, race, religion, or sex.

I/We will report to the SBA Office of the Inspector General, Washington, DC 20416, any Federal employee who offers, in return for compensation of any kind, to help get this loan approved. I/We have not paid anyone connected with the Federal government for help in getting this loan.

CERTIFICATION AS TO TRUTHFUL INFORMATION: By signing this application, you certify that all information in your application and submitted with your application is true and correct to the best of your knowledge, and that you will submit truthful information in the future.

WARNING: Whoever wrongfully misapplies the proceeds of an SBA disaster loan shall be civilly liable to the Administrator in an amount equal to one and one-half times the original principal amount of the loan under 15 U.S.C. 636(b). In addition, any false statement or misrepresentation to SBA may result in criminal, civil, or administrative sanctions including, but not limited to: 1) fines, imprisonment, or both, under 15 U.S.C. 645, 18 U.S.C. 1001, 18 U.S.C 1014, 18 U.S.C. 1040, 18 U.S.C. 3571, and any other applicable laws: 2) treble damages and civil penalties under the False Claims Act, 31 U.S.C. 3729: 3) double damages and civil penalties under the Program Fraud Civil Remedies Act, 31 U.S.C. 3802: and 4) suspension and/or debarment from all Federal procurement and non-procurement transactions. Statutory fines may increase if amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015.

☑ I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct.