# Exhibit 4

**Bene Market LLC**
# Profit & Loss
### January 2020 through December 2021

|  | Jan - Dec 20 | Jan - Dec 21 | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Expense** | | | |
| **60000 · Advertising and Promotion** | 32,125.18 | 6,988.65 | 39,113.83 |
| **60150 · Agent Expenses** | 37,316.07 | 3,980.71 | 41,296.78 |
| **60400 · Bank Service Charges** | 50,798.31 | 27,282.06 | 78,080.37 |
| **61700 · Computer and Internet Expenses** | 44,915.27 | 17,779.48 | 62,694.75 |
| **62000 · Continuing Education** | 163.95 | 0.00 | 163.95 |
| **62100 · Contract Labor** | 79,644.64 | 72,775.04 | 152,419.68 |
| **62400 · Depreciation Expense** | 58,845.69 | 56,358.99 | 115,204.68 |
| **62500 · Dues and Subscriptions** | 289,592.91 | 168,457.14 | 458,050.05 |
| **63600 · Fines & Penalties** | 439.83 | 0.00 | 439.83 |
| **64000 · Insurance Expense** | 21,216.32 | 3,022.77 | 24,239.09 |
| **64100 · Interest Expense** | 3,493.49 | 1,569.58 | 5,063.07 |
| **64110 · Interest - Financing** | 3,978,443.45 | 0.00 | 3,978,443.45 |
| **64150 · Leads Expense** | 4,633,219.73 | 972,546.10 | 5,605,765.83 |
| **64200 · Licenses and Permits** | 4,039.94 | 2,495.00 | 6,534.94 |
| **64300 · Meals and Entertainment** | 20,121.98 | 9,213.44 | 29,335.42 |
| **64900 · Office Supplies** | 34,285.79 | 22,206.10 | 56,491.89 |
| **66000 · Payroll Expenses** | 3,960,229.98 | 3,772,791.55 | 7,733,021.53 |
| **66100 · Payroll Taxes** | 414,978.95 | 443,928.19 | 858,907.14 |
| **66500 · Postage and Delivery** | 302.26 | 19.72 | 321.98 |
| **66700 · Professional Fees** | 209,038.91 | 393,764.27 | 602,803.18 |
| **67100 · Rent Expense** | 165,000.00 | 165,000.00 | 330,000.00 |
| **67200 · Repairs and Maintenance** | 16,543.88 | 2,301.94 | 18,845.82 |
| **67300 · Security** | 15,225.90 | 0.00 | 15,225.90 |
| **68100 · Telephone Expense** | 3,516.24 | 0.00 | 3,516.24 |
| **68400 · Travel Expense** | 24,900.37 | 22,029.43 | 46,929.80 |
| **68600 · Utilities** | 28,081.61 | 4,657.74 | 32,739.35 |
| **Total Expense** | 14,126,480.65 | 6,169,167.90 | 20,295,648.55 |
| **Net Ordinary Income** | -14,126,480.65 | -6,169,167.90 | -20,295,648.55 |
| **Net Income** | **-14,126,480.65** | **-6,169,167.90** | **-20,295,648.55** |
| SBA Loan Proceeds Received | 150,000.00 | 350,000.00 | 500,000.00 |

All SBA funds were used to pay the above operating expenses.