# Exhibit 5

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | 24-13093-pmm |
|  | ) |  |
| ALAN CHRISTOPHER REDMOND, | ) | Reading, PA |
|  | ) | October 1, 2024 |
| Debtor. | ) | 10:02 AM |

TRANSCRIPT OF EXPEDITED MOTION TO DISMISS
BEFORE THE HONORABLE PATRICIA M. MAYER
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Debtor:            ALBERT A. CIARDI III, ESQ.
                           NICOLE M. NIGRELLI, ESQ.
                           CIARDI CIARDI & ASTIN
                           1905 Spruce Street
                           Philadelphia, PA 19103

For the Petitioning        JOEL A. READY, ESQ.
Creditors:                 BENJMAIN J. LEWIS, ESQ.
                           CORNERSTONE LAW FIRM
                           519 Walnut Street
                           Reading, PA 19601

For C. Malcolm Smith III   BRANDON D. PACK, ESQ.
and C. Malcolm Smith &     BARLEY SNYDER
Company, P.C.              2755 Century Boulevard
                           Wyomissing, PA 19610

For the Internal Revenue   ANTHONY ST. JOSEPH, ESQ.
Service:                   Assistant United States Attorney
                           UNITED STATES ATTORNEY'S OFFICE
                           615 Chestnut Street, Suite 1250
                           Philadelphia, PA 19106

ECR OPERATOR:              KEITH R. BORZILLO

Proceedings recorded by electronic sound recording.

Michael Drake, CET**D-513
eScribers
7227 North 16th Street
Suite #207
Phoenix, AZ 85020
(800) 257-0885

**eScribers, LLC**

109

correct?

A    No.  I've been winding down.  You know, winding down as a business owner, Attorney Ready, isn't just a decision overnight.  It takes a year and a half, two years to -- to really make that decision because it's a hard decision to make when you -- you employ people.

Q    Okay.  When did you stop -- when did Bene Market cease operations?

A    I believe that was December 2019, beginning of 2020.

Q    So I'm sorry.  You did say then that that's the same month that you signed the consultancy agreement with Seguro Medico?

A    I signed the consultation agreement January 2020 with Seguro.  Correct.

Q    And did I just understand that you said that that's when you stopped operating Bene Market?

A    I think my answer was that it took more than, you know, an overnight decision to -- to wind down Bene Market.  It was in the process in my head --

Q    But again, my question --

A    -- at that time.

Q    My question is about the last month that Bene Market had operations.  That was January of 2020; is that correct?

A    I believe that -- if I may answer the question this way, I believe the last payroll for Bene Market was the -- the last week in December 2019.