# Exhibit 6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

MARTIN J. WALSH, SECRETARY*

OF LABOR, UNITED STATES    *

DEPARTMENT OF LABOR,       *

   Plaintiff              *  Civil Action No.

   vs.                    *  5:20-cv-04265

BENE MARKET, LLC, NATIONAL*

BROKERS OF AMERICA, INC., *

ALAN REDMOND, and          *

STEPHANIE MILLER,          *

   Defendants              *

* * * * * * * *

DEPOSITION OF

ALAN REDMOND

September 1, 2022

Any reproduction of this transcript is prohibited

without authorization by the certifying agency.



Q.Did you bring any notes with you to testify today?

A.No.

Q.And what is your position at Bene Market?

A.It was the chief executive officer.

Q.When you say it was, does that mean that's no longer your position?

A.Bene Market is no longer operating as a business, Jennifer.

Q.And when did that change occur?

A.Bene Market started to wind down at the end of 2019, beginning of 2020.  Payroll continued for a couple of months after that, but Bene Market is no longer producing or selling insurance products, Jennifer.

Q.What does Bene Market do now?

A.Nothing.  It does its best to pay its taxes on time.

Q.So you said Bene Market started to wind down in 2019.  Approximately when in 2019?

A.December, end of December 2019.  Let me clarify.

Q.When ---?

A.Sorry, Jennifer.  Let me clarify.  What year did Covid happen?  Was that 2020 or 2021.  2020?  March 2020.  So it would have been right before COVID.

