**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**<br>**Alan Christopher Redmond,**<br><br>**Debtor.** | : | **Chapter 11**<br><br>**Bky. No. 24-13093 (PMM)** |
| **United States**<br>**Small Business Administration,**<br><br>**Plaintiff.**<br><br>**v.**<br><br>**Alan Christopher Redmond,**<br><br>**Defendant.** | : | **Adv. No. 25-0119 (PMM)** |

**ORDER**

**AND NOW**, upon consideration of the Plaintiff's Motion for Summary Judgment (doc. #54, the "Motion");

It is hereby **ordered** that:

1) The Defendant shall file a response to the Motion on or before **September 3, 2026**; and

2) The pretrial conference scheduled for October 27, 2026 is **canceled** pending the resolution of the Motion.

Date: **8/17/26**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610