**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ALAN CHRISTOPHER REDMOND,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 24-13093 (PMM) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION,<br>Plaintiff,<br>v.<br>ALAN CHRISTOPHER REDMOND,<br>Defendant. | Adv. No. 25-00119 (PMM)<br><br>Hon. Patricia M. Mayer |

## CERTIFICATE OF SERVICE

I, Alan Christopher Redmond, certify that on September 3, 2026 I caused a true and correct copy of the foregoing Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment, together with the Memorandum of Law, Declaration, and Exhibits A through F, to be served upon the following, in accordance with L.B.R. 9014-2 and Fed. R. Bankr. P. 7005, by electronic mail and by first-class United States mail, postage prepaid:

| | |
|---|---|
| Anthony St. Joseph, Esquire<br>Mark C. Priebe, Esquire<br>Assistant United States Attorneys<br>United States Attorney's Office, E.D. Pa.<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Anthony.StJoseph@usdoj.gov<br>Mark.Priebe@usdoj.gov | Counsel for Plaintiff<br><br>Electronic mail and first-class U.S. mail |

The original was filed with the Clerk, United States Bankruptcy Court for the Eastern District of Pennsylvania, 201 Penn Street, 4th Floor, Reading, PA 19601.

Dated: September 3, 2026

Respectfully submitted,

/s/ Alan Christopher Redmond
Alan Christopher Redmond, Defendant, *pro se*
2005 Regency Drive, Wyomissing, PA 19610
alanredmond23@gmail.com

The Debtor/Defendant reserves all rights, privileges, and defenses afforded under the United States Constitution, including those under the Fifth Amendment, in all proceedings. Nothing in this filing constitutes a waiver of any right or defense in any proceeding, including Case No. 24-376 (E.D. Pa.).