**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | | **Chapter 11** |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |
| **United States Small Business Administration,** | : | |
| **Plaintiff.** | : | **Adv. No. 25-0119 (PMM)** |
| **v.** | : | |
| **Alan Christopher Redmond,** | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, upon consideration of the Plaintiff's Motion for Summary Judgment (doc. #54, the "Motion") and the Debtor's Response thereto (doc. #58);

AND a review of the Motion and supporting exhibits shows that the Plaintiff is not entitled to judgment as a matter of law. Fed. R. Civ. P. 56. See also 11 U.S.C. §523(a)(2)(B); In re Wolfson, 2026 WL 881372 (Bankr. D.N.J. Mar. 31, 2026) (discussing the standard for causes of action pursuant to §523(a)(2)(B));

BUT the Plaintiff's efforts to prosecute this matter having been hindered by the Defendant's lack of cooperation with regard to the production of discovery; see doc. #'s 28,47; Motion at 3-5.

It is therefore hereby **ordered** that:

1) The Motion is **denied without prejudice**;

2) The Defendant must respond to the Plaintiff's discovery requests on or before **October 1, 2026**;

3) If the Defendant fails timely to produce discovery, as ordered, the Plaintiff shall file a certification to this effect; and

4) If the Defendant fails timely to produce discovery in compliance with this Order, the Court will **sanction** the Defendant by making a negative inference with regard to his intent in obtaining a loan from the Plaintiff.

Patricia M. Mayer

**Date: 9/16/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610